UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED # 191450
9-1-10
10 SEP -1  AM 9:28
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

IN RE:

UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND

MICHELLE L MINGO
CHRISTOPHER T MINGO
Debtor(s)

CASE NO. BKY 05-44301 NCD

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Metropolitan Surgical Associates in the amount of $605.32, were unclaimed.

CREDITOR:
Metropolitan Surgical Associates
3366 Oakdale Ave N Ste 506
Minneapolis, MN 55422-2960

CLAIM NUMBER:
5

AMOUNT:
$605.32

ACCOUNT NUMBER:
600429

Jasmine Z. Keller, Trustee

Dated: August 31, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

**JASMINE Z. KELLER**
**STANDING CHAPTER 13 TRUSTEE**
District of Minnesota
12 South 6th Street
Suite 310
Minneapolis, MN 55402
Phone (612) 338-7591 Fax (612) 338-4529

August 31, 2010

U.S. BANKRUPTCY COURT
301 U.S. COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415-

Re: MICHELLE L MINGO
    CHRISTOPHER T MINGO

BKY: 05-44301 NCD

Dear U.S. BANKRUPTCY COURT,

Enclosed herewith please find the Chapter 13 Trustee's check in the sum of $605.32 representing payments to Metropolitan Surgical Associates according to the Chapter 13 plan. These payments were returned by the U.S. post office with the notation: Forwarding order has expires; moved, no forwarding order on file; or addressee unknown. We have looked in the local telephone books, called the creditor at their last known telephone number and looked on the internet for a current address. Further efforts by this office have not produced a current address. Accordingly, will you please deposit these funds with the Clerk's Registry Fund.

Thank you.

Very truly yours,

/s/ Jody Jayson
Jody Jayson
Closing Clerk